**Felice BROWN, on behalf of A.B., A Minor, Appellant,**

v.

**Michael J. ASTRUE, Commissioner, Social Security Adminstration, Appellee.**

No. 11–2934.

United States Court of Appeals, Eighth Circuit.

Submitted: March 30, 2012.

Filed: April 3, 2012.

Shannon Muse Carroll, Lane & Muse, Hot Springs, AR, for Appellant.

Michael McGaughran, Patricio J. Noboa, Social Security Administration Office of General Counsel, Dallas, TX, Mark W. Webb, U.S. Attorney's Office, Fort Smith, AR, for Appellee.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Felice Brown, on behalf of her minor daughter A.B., appeals the district court's [1] order affirming the denial of supplemental security income. Upon de novo review, *see Moore ex rel. Moore v. Barnhart,* 413 F.3d 718, 721 (8th Cir.2005), we find no basis for overturning the administrative law judge's determination that A.B. did not have "marked" limitations in at least two of the six functional domains, or "extreme" limitations in at least one of the six functional domains.[2] The district court is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

2. We decline to consider the matters that Brown raises for the first time on appeal, *see*

---

*Flynn v. Chater,* 107 F.3d 617, 620 (8th Cir. 1997), or those that she has not properly developed, *see Blakley v. Schlumberger Tech. Corp.,* 648 F.3d 921, 932 (8th Cir.2011).